JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

MOHAMMAD ESMAILI, ET AL,           )           CASE NO. SA CV10-1514-DOC(RNBx)
                                   )
      **Plaintiff(s),**          )
  v.                               )
                                   )           **ORDER DISMISSING CIVIL ACTION**
                                   )
RENATO EDORA, ET AL,               )
                                   )
      **Defendant(s).**           )
                                   )
                                   )
_____)

      The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution on November 1, 2010, which was returnable by November 17, 2010.  To date there has been no response to the Order to Show Cause and/or no Answer filed.

      IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

DATED: December 3, 2010                            _____
                                                                DAVID O. CARTER
                                                                United States District Judge